```
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
K.750-002S

Attorneys for Lender
ELLEN KOKA
```

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MOTI KOKA aka MORDEOHAI KOKA,<br><br>　　　　Debtor. | Bk. No. 13-42366-WJL<br><br>Chapter 7<br><br>R.S. No. RDW-646<br><br><u>NOTICE OF HEARING</u><br><br>Hearing-<br>Date: March 18, 2015<br>Time: 9:30 a.m.<br>Place: Bankruptcy Court<br>　　　1300 Clay Street, Courtroom 220<br>　　　Oakland, CA 94612 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on March 18, 2015, at 9:30 a.m. at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, CA 94612, the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the Honorable William J. Lafferty, United States Bankruptcy Judge. Attached hereto as ATTACHMENT "1" is the Consumer Disclosure. Although no written response is required, your failure to appear in person or through counsel at the above noticed hearing may result in the Court granting the relief requested in the motion.

　　　　　　　　　　　　　　　　　　　　　　SCHEER LAW GROUP, LLP

Date: March 2, 2015　　　　　　　　　　　　/s/ Reilly D. Wilkinson
　　　　　　　　　　　　　　　　　　　　　　#250086

# SPECIAL NOTICE

THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify ELLEN KOKA's attorneys in writing within 30 days of receipt of this letter that all or a part of your obligation or judgment to ELLEN KOKA is disputed, then ELLEN KOKA's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to ELLEN KOKA. In addition and upon your written request within 30 days of receipt of this letter, I will provide you with the name and address of the original creditor, if different from the current creditor.

If I do not hear from you within 30 days of receipt of this letter, I will assume that your debt to ELLEN KOKA is valid. Please be advised that the creditor is not obligated to wait 30 days before taking legal action against you.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence

or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

SLG No. K.750-002S

## ATTACHMENT "1"