```
 1  SCHEER LAW GROUP, LLP
    SPENCER P. SCHEER #107750
 2  JOSHUA L SCHEER #242722
    REILLY D. WILKINSON #250086
 3  JONATHAN SEIGEL #168224
    155 N. Redwood Drive, Suite 100
 4  San Rafael, CA 94903
    Telephone: (415) 491-8900
 5  Facsimile: (415) 491-8910
    K.750-002S
 6
    Attorneys for
 7  ELLEN KOKA
```

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 13-42366-WJL |
|---|---|
| MOTI KOKA aka MORDEOHAI KOKA, | Chapter 7 |
| | CERTIFICATE OF SERVICE BY MAIL |
| Debtor. | |

I, LARA BUCK, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California 94903.

On March 19, 2015, I served the within ORDER VACATING AUTOMATIC STAY on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San Rafael, California, addressed as follows:

///

///

///

**DEBTOR**

**Moti Koka**
858 Acalanes Rd.
Lafayette, CA 94549

**ATTORNEY FOR DEBTOR**

**Charles T. Marshall**
Law Office of Charles T. Marshall
415 Laurel St. #405
San Diego, CA 92101

**CHAPTER 7 TRUSTEE**

**Martha G. Bronitsky**
P.O. Box 9077
Pleasanton, CA 94566

**UNITED STATES TRUSTEE**

**Office of the U.S. Trustee**
1301 Clay St. #690N
Oakland, CA 94612

[ X ] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at San Rafael, California.

[ ] (By Mail [State]) I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ] Executed on March 19, 2015, at San Rafael, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

/s/ LARA BUCK