

Entered on Docket
March 20, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
K.750-002S

Attorneys for Lender
ELLEN KOKA

The following constitutes the order of the court.
Signed March 19, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MOTI KOKA aka MORDEOHAI KOKA,<br><br>    Debtor. | Bk. No. 13-42366-WJL<br><br>Chapter 7<br><br>R.S. No. RDW-646<br><br>**ORDER VACATING AUTOMATIC STAY**<br><br>Hearing-<br>Date: March 18, 2015<br>Time: 9:30 a.m.<br>Place: Bankruptcy Court<br>    1300 Clay Street, Courtroom 220<br>    Oakland, CA 94612 |

The hearing on ELLEN KOKA'S ("**Lender**") motion for relief from the Automatic Stay was scheduled for hearing on March 18, 2015, at 9:30 a.m. before the Honorable William J. Lafferty, United States Bankruptcy Judge. Lender appeared through counsel, REILLY D. WILKINSON of SCHEER LAW GROUP, LLP. All other appearances were read into the record and for GOOD CAUSE appearing, the Court makes its order as follows:

    IT IS ORDERED that the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished to allow Lender to commence or complete its foreclosure pursuant to all existing defaults, including any pre-petition defaults specified under any existing

foreclosure, and thereafter take possession of the real property located at 1929 Webster Street, Alameda, CA 94501, which is legally described in the Deed of Trust attached to Lender's motion for relief from automatic stay filed in this matter ("**Property**"). Lender shall not be required to wait any additional time to hold its foreclosure sale, as may be required pursuant to Bankruptcy Rule of Procedure 4001(a)(3).

IT IS FURTHER ORDERED that the Automatic Stay as it pertains to Lender's interest in the subject real Property shall be and is hereby terminated and vacated for all purposes, including the prosecution of appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law. Lender shall not be required to wait any additional time to proceed with its foreclosure, the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3), being hereby waived.

IT IS FURTHER ORDERED that as to LOIS I. BRADY, Chapter 7 Trustee, the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished as to said Trustee's interest in the real property described above, so that Lender may commence or complete foreclosure proceedings.

**END OF ORDER**

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28